USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MODESTO VASQUEZ-GOMEZ,

                        Plaintiff,                                18-CV-8118 (PGG) (KHP)

       -against-                                        **ORDER**

UNITED STATES OF AMERICA,

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This matter has been referred to the undersigned for report and recommendation. Having reviewed the briefing, it appears that the case law relied upon by the Defendant has been overruled by the United States Supreme Court decision in *United States v. Davis*, 139 S. Ct. 2319, 204 L. Ed. 2d 757 (2019). To the extent that *Davis* represents a change in the law, this Court deems the petition to have been filed pursuant to *Davis* and requests that Defendant file a supplemental memorandum of law by July 17, 2020 setting forth its position as to whether *Davis* requires that Petitioner be re-sentenced. The government is requested to include all post-*Davis* decisions within this Circuit addressing whether an attempt to commit a Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A).

      **SO ORDERED.**

DATED:     New York, New York
               June 24, 2020

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge